**B & B PLASTICS, INC. (doing business as Gambler), Defendant–Appellee,**

and

**Michael Surman and Joan Bringger (as personal representatives of the estate of Jack Russell Bringger, III), Defendants.**

No. 2004–1579.

United States Court of Appeals, Federal Circuit.

July 20, 2006.

ON MOTION

*ORDER*

Upon consideration of Dennis N. Pixton's motion for reconsideration of the court's May 31, 2006 order dismissing this appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the May 31, 2006 order is vacated.

(2) The case is reinstated and the briefing schedule remains stayed, pending disposition of the related bankruptcy case. Pixton is directed to file a status report every 60 days concerning the status of the related bankruptcy case.

**TENNESSEE VALLEY AUTHORITY, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2006–5073.

United States Court of Appeals, Federal Circuit.

July 21, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).